THE HONORABLE LAUREN KING

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CALEB ALLEN, and KASEY ALLEN individuals, and as plaintiff's father and mother and with father as guardian on behalf of minor child, A.A.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware limited liability company, and SHENZHEN CHEYANG TECHNOLOGY CO., LTD., a China limited liability company.<br><br>Defendants. | **Civil Action No. 2:24-cv-00195-LK**<br><br>**STIPULATED NOTICE OF DISMISSAL** |

STIPULATED NOTICE OF DISMISSAL - 1
No. 2:24-cv-00195-LK

THE BUCHE LAW FIRM, P.C.
901 S. MOPAC EXPY., BLDG .1, STE. 300
AUSTIN, TX 78746
512.215.4997

**TO THE COURT AND ALL PARITES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Caleb Allen, Kasey Allen, and minor A.A., and Defendant Amazon.com Services LLC hereby stipulate and agree to dismiss this entire action with prejudice, including all claims brought against all parties. Each party shall bear its own costs and fees.

**IT IS SO STIPULATED**.

Dated: October 2, 2025

Respectfully submitted,

THE BUCHE LAW FIRM, P.C.

By *s/ John K. Buche*
    John K. Buche (*Pro Hac Vice*)
    901 S MoPac Expy., Bldg. 1, Ste. 300
    Austin, TX 78746
    Telephone: (512) 215-4997
    E-mail: jbuche@buchelaw.com

CORR|DOWNS PLLC

Joseph P. Corr, WSBA No. 36584 (Local Counsel)
100 W Harrison St, Suite N440
Seattle, WA 98119
Telephone: 206.962.5040
jcorr@corrdowns.com

*Attorneys for Plaintiffs*

Date: October 2, 2025

PERKINS COIE LLP

By: */s/ Sean Murphy*
Sean Murphy (WA Bar No. 56834)
Brendan Murphy (WA Bar No. 34476)
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-8000
Fax: (206) 359-9000
E-mail: bmurphy@perkinscoie.com
E-mail: spmurphy@perkinscoie.com

*Attorneys for Defendant
Amazon.com Services LLC*

STIPULATED NOTICE OF DISMISSAL - 2
No. 2:24-cv-00195-LK

THE BUCHE LAW FIRM, P.C.
901 S. MOPAC EXPY., BLDG .1, STE. 300
AUSTIN, TX 78746
512.215.4997

## CERTIFICATE OF CONFERENCE

I certify that on October 1, 2025 Plaintiffs' counsel, Byron Ma with The Buche Law Firm, P.C., e-mailed Defendant Amazon.com Services LLC's Counsel, Sean Murphy, regarding this stipulation and the parties agreed to this stipulated notice of dismissal.

## CERTIFICATE OF WORD COUNT

I certify that this memorandum contains 63 words, in compliance with the Local Civil Rules.

*/s/ John K. Buche*
John K. Buche

STIPULATED NOTICE OF DISMISSAL - 3
No. 2:24-cv-00195-LK

**THE BUCHE LAW FIRM, P.C.**
901 S. MOPAC EXPY., BLDG .1, STE. 300
AUSTIN, TX 78746
512.215.4997

## CERTIFICATE OF SERVICE

I certify that on October 2, 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing.

Dated: October 2, 2025                    /s/ John K. Buche
                                           John K. Buche

STIPULATED NOTICE OF DISMISSAL - 4
No. 2:24-cv-00195-LK

THE BUCHE LAW FIRM, P.C.
901 S. MOPAC EXPY., BLDG .1, STE. 300
AUSTIN, TX 78746
512.215.4997